IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTINE SAFFORD** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:13-cv-03713** |
| | § | |
| **ABLE GLASS AND MIRROR CO., INC.** | § | |
| | § | |
| Defendant. | § | **JURY TRIAL DEMANDED** |

### PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

COMES NOW PLAINTIFF, **CHRISTINE SAFFORD**, hereinafter referred to as "Plaintiff," and files this Unopposed Motion to Dismiss and states:

Plaintiff respectfully requests that the Court enter an order providing that: (a) Plaintiff's claims in this case are dismissed with prejudice to the refiling of same in any form; and (b) all taxable costs and attorneys' fees related to Plaintiff's claims are to be paid by the party incurring same, as provided in the accompanying proposed Order. Plaintiff has been informed by counsel for Defendant, Able Glass and Mirror Co., Inc., that Defendant does not oppose this Motion.

Respectfully submitted,

SHELLIST | LAZARZ | SLOBIN LLP


By:  */s/ Daryl J. Sinkule*
     Daryl J. Sinkule
     SBN: 24037502
     Email: dsinkule@eeoc.net

     Todd Slobin
     SBN: 24002953
     Email: tslobin@eeoc.net

     11 Greenway Plaza, Suite 1515
     Houston, Texas 77046
     TEL: (713) 621-2277
     FAX: (713) 621-0993

**ATTORNEYS FOR PLAINTIFF,
CHRISTINE SAFFORD**


## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Defendant concerning this Motion, and counsel for Defendant informs me that Defendant does not oppose the relief requested in this Motion.


     */s/ Daryl J. Sinkule*
     Daryl J. Sinkule


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record via electronic transmission (ECF), electronic mail, certified mail, return receipt requested and/or facsimile, pursuant to Rule 5b, FED. R. CIV. P., on this 14th day of January, 2015.

     */s/ Daryl J. Sinkule*
     Daryl J. Sinkule