UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTINE SAFFORD, | § | |
|     *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-13-3713 |
| | § | |
| ABLE GLASS AND MIRROR, CO., INC., | § | |
|     *Defendant*. | § | |

## DISMISSAL ORDER

In accordance with plaintiff's unopposed motion (Dkt. 15), all plaintiff's claims in this case are dismissed with prejudice.

Each party will pay its own fees and costs.

This is a final order.

Signed at Houston, Texas on January 14, 2015.

_____
Stephen Wm Smith
United States Magistrate Judge